1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *Ganderson-Thompson@yukelaw.com*
3  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor,
4  Los Angeles, California 90071-1560
   Telephone:    (213) 362-7777
5  Facsimile:    (213) 362-7788

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON &
7  JOHNSON SERVICES, INC.; JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
8  Johnson, Inc."); and DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
9  International, Ltd."

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT McCARTIN, | CASE NO. CV13-01136-~~EDL~~ EMC |
| Plaintiff, | **[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |
| vs. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | Trial Date:    None Set |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff ROBERT McCARTIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy Internationl, Ltd.") THOMAS P. SCHMALZRIED, M.D., and THOMAS P. SCHMALZRIED, M.D., A

1  PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of
2  all documents, files, and pleadings in this action; and upon good cause shown, it is hereby
3  ORDERED that:

4    1.    The Parties' request for a stay of proceedings is GRANTED;

5    2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
7  Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

8    3.    Deadlines relating to any outstanding responsive pleading are extended pending
9  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to
10 file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
11 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may
12 issue.

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   A case management conference is set for 12/12/13 at 9:00 a.m.

15 Dated: _____3/27_____, 2013   _____
UNITED STATES DISTRICT JUDGE



1108250.1 / 25-397    2    CV13-01136-EDL

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On March 15, 2013, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger | Attorneys for Plaintiffs |
| Adam R. Salvas | ROBERT McCARTIN |
| Brian J. Devine | |
| SEEGER • SALVAS LLP | |
| 455 Market Street, Suite 1530 | T: (415) 981-9260 |
| San Francisco, CA 94105 | F: (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 15, 2013, at Los Angeles, California.

*/s/ Alexander G. Calfo*
Alexander G. Calfo

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR,
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1108250.1 / 25-397                                                                CV13-01136-EDL

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS