AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Robert McCartin
            Plaintiff (s),
V.
DePuy Orthopaedics, Inc., et al
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01136-EDL  EMC

Notice is hereby given that, subject to approval by the court, __DePuy International Limited__ substitutes
            (Party (s) Name)

__Alexander G. Calfo, Barnes & Thornburg LLP__, State Bar No. __152891__ as counsel of record in
(Name of New Attorney)

place of __Alexander G. Calfo, Formerly of Yukevich Calfo & Cavanaugh__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barnes & Thornburg LLP |
| Address: | 2049 Century Park East, Suite 3550 |
| Telephone: | (310) 284-3880    Facsimile (310) 284-3894 |
| E-Mail (Optional): | ACalfo@btlaw.com |

I consent to the above substitution.
Date: March 18, 2013
            (Signature of Party (s))

I consent to being substituted.
Date: March 15, 2013
            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 15, 2013
            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/27/13

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Robert McCartin
        Plaintiff (s),
V.
DePuy Orthopaedics, Inc., et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01136-EDL

Notice is hereby given that, subject to approval by the court, __DePuy Orthopaedics, Inc.__ substitutes
                                                                                (Party (s) Name)

__Alexander G. Calfo, Barnes & Thornburg LLP__, State Bar No. __152891__ as counsel of record in
(Name of New Attorney)

place of __Alexander G. Calfo, Formerly of Yukevich Calfo & Cavanaugh__.
                     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barnes & Thornburg LLP |
| Address: | 2049 Century Park East, Suite 3550 |
| Telephone: | (310) 284-3880     Facsimile (310) 284-3894 |
| E-Mail (Optional): | ACalfo@btlaw.com |

I consent to the above substitution.

Date: March 18, 2013

_____
(Signature of Party (s))

I consent to being substituted.

Date: March 15, 2013

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: March 15, 2013

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/27/13

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Robert McCartin

        Plaintiff (s),

V.

DePuy Orthopaedics, Inc., et al

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01136-EDL

Notice is hereby given that, subject to approval by the court, __Johnson & Johnson__ substitutes
(Party (s) Name)

__Alexander G. Calfo, Barnes & Thornburg LLP__, State Bar No. __152891__ as counsel of record in
(Name of New Attorney)

place of __Alexander G. Calfo, Formerly of Yukevich Calfo & Cavanaugh__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barnes & Thornburg LLP |
| Address: | 2049 Century Park East, Suite 3550 |
| Telephone: | (310) 284-3880    Facsimile (310) 284-3894 |
| E-Mail (Optional): | ACalfo@btlaw.com |

I consent to the above substitution.

Date: March 18, 2013

(Signature of Party (s))

I consent to being substituted.

Date: March 15, 2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: March 15, 2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/27/13

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Robert McCartin
                Plaintiff (s),
V.
DePuy Orthopaedics, Inc., et al
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01136-EDL

Notice is hereby given that, subject to approval by the court, __Johnson & Johnson Services, Inc.__ substitutes
(Party (s) Name)

__Alexander G. Calfo, Barnes & Thornburg LLP__, State Bar No. __152891__ as counsel of record in
(Name of New Attorney)

place of __Alexander G. Calfo, Formerly of Yukevich Calfo & Cavanaugh__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Barnes & Thornburg LLP |
| Address: | 2049 Century Park East, Suite 3550 |
| Telephone: | (310) 284-3880      Facsimile (310) 284-3894 |
| E-Mail (Optional): | ACalfo@btlaw.com |

I consent to the above substitution.

Date: March 18, 2013

(Signature of Party (s))

I consent to being substituted.

Date: March 15, 2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: March 15, 2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/27/13

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]